

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

David Salinas, Appellant

No. 06-18-00183-CR          v.

The State of Texas, Appellee

Appeal from the 450th District Court of Travis County, Texas (Tr. Ct. No. D-1-DC-17-900141). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by replacing "STATE JAIL DIVISION, TDCJ" with "TRAVIS COUNTY JAIL" in the section titled "Punishment and Place of Confinement," and under the section titled "Punishment Options," we delete the "X" beside the paragraph titled "Confinement in State Jail or Institutional Division" and place an "X" beside the paragraph titled "County Jail—Confinement/Confinement in Lieu of Payment." As modified, the judgment of the trial court is affirmed.

We note that the appellant, David Salinas, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 1, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk